IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHEELAH KAYSER,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Cause No: CV 21-86-M-KLD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Parties in this matter have filed a Joint Stipulation To Dismiss With Prejudice pursuant to Rule 41, F.R.Civ.P. (Doc. 24).

IT IS ORDERED that this action, and all claims, are DISMISSED WITH PREJUDICE, the parties each to bear their own costs and attorneys' fees. The dismissal includes all bifurcated claims and the non-bifurcated claim for underinsured motorist benefits. All deadlines are vacated.

DATED this 19th day of January, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge